FILED
2022 Aug-16 PM 04:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

3:22-cv-1031-LSC-NAD

Case Number ______ ______ ______________
ID YR NUMBER
(To be Completed by Court Clerk)

FILED
2022 AUG 15 A 11:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# PETITION FOR RELIEF FROM CONVICTION OR SENTENCE

(Pursuant to Rule 32, Alabama Rules of Criminal Procedure)

IN THE United States District COURT OF Northern District, ALABAMA

TRENTON G. TEELE v. State of Alabama
Petitioner (Full Name) Respondent
[Indicate either the "State" or, if filed in municipal court, the name of the "Municipality"]

Prison Number 280431 Place of Confinement LOXLEY WORK CENTER
County of Conviction LAUDERDALE

NOTICE: BEFORE COMPLETING THIS FORM, READ CAREFULLY THE ACCOMPANYING INSTRUCTIONS.

1. Name and location (city and county) of court which entered the judgment of conviction or sentence under attack LAUDERDALE CO. Florence, Al

2. Date of judgment of conviction 10-25-2019
3. Length of sentence 97 months - split to time served - 8 months
4. Nature of offense involved (all counts)
Possession of Marijuana 1st
CC-2018-1033

5. What was your plea? (Check one)
   (a) Guilty ✓
   (b) Not Guilty ____
   (c) Not Guilty by reason of mental disease or defect ____
   (d) Not Guilty and not guilty by reason of mental disease or defect ____

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

_______________________________________________

6. Kind of trial: (Check one)
   (a) Jury ______ (b) Judge only ✓
7. Did you testify at the trial?
   Yes ______ No ✓
8. Did you appeal from the judgment of conviction?

Yes ______ No ✓

9. If you did appeal, answer the following:

(a) As to the state court to which you first appealed, give the following information:

(1) Name of court ____________________

(2) Result ____________________

(3) Date of result ____________________

(b) If you appealed to any other court, then as to the second court to which you appealed, give the following information:

(1) Name of court ____________________

(2) Result ____________________

(3) Date of result ____________________

(c) If you appealed to any other court, then as to the third court to which you appealed, give the following information:

(1) Name of court ____________________

(2) Result ____________________

(3) Date of result ____________________

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?

Yes ✓ No ______

11. If your answer to Question 10 was "yes," then give the following information in regard to the first such petition, application, or motion you filed:

(a) (1) Name of court Circuit court of Lauderdale CO, Al.

(2) Nature of proceeding motion to correct jail credit

(3) Grounds raised pursuant to plea agreement DA-18-53, defendant had only 89 months remaining. Defendant was imposed to 97 months. Case action summary will reflect.

(attach additional sheets if necessary)

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

Yes ______ No ✓

(5) Result ____________________

(6) Date of result ____________________

(b) As to any second petition, application, or motion, give the same information:

(1) Name of court Circuit Court of Lauderdale CO Al.

(2) Nature of proceeding motion to dismiss and release,

(3) Grounds raised

Due to a breach in plea agreement DA-18-53. Defendant requested charge to be dismissed and to be released from incarceration

(attach additional sheets if necessary)

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

Yes ______ No ✓

(5) Result ______

(6) Date of result ______

(c) As to any third petition, application, or motion, give the same information (attach additional sheets giving the same information for any subsequent petitions, applications, or motions):

(1) Name of court ______

(2) Nature of proceeding ______

(3) Grounds raised ______

(attach additional sheets if necessary)

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

Yes ______ No ______

(5) Result ______

(6) Date of result ______

(d) Did you appeal to any appellate court the result of the action taken on any petition, application, or motion?

(1) First petition, etc. Yes ___ No ✓

(2) Second petition, etc. Yes ___ No ✓

(3) Third petition, etc. Yes ___ No ___

ATTACH ADDITIONAL SHEETS GIVING THE SAME INFORMATION FOR ANY SUBSEQUENT PETITIONS, APPLICATIONS, OR MOTIONS.

(e) If you did not appeal when you lost on any petition, application, or motion, explain briefly why you did not:

Defendant was ignorant to the necessary steps that should be taken.

12. Specify every ground on which you claim that you are being held unlawfully, by placing a check mark on the appropriate line(s) below and providing the required information. Include all facts. If necessary, you may attach pages stating additional grounds and the facts supporting them.

## GROUNDS OF PETITION

Listed below are the possible grounds for relief under Rule 32. Check the ground(s) t[illegible] apply in your case, and follow the instruction under the ground(s):

___ A. *The Constitution of the United States or of the State of Alabama requires a new trial, a new sentence proceeding, or other relief.*

For your information, the following is a list of the most frequently raised claims of constitutional violation:

(1) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(2) Conviction obtained by use of coerced confession.

(3) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(4) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(5) Conviction obtained by a violation of the privilege against self-incrimination.

(6) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(7) Conviction obtained by a violation of the protection against double jeop[illegible].

(8) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(9) Denial of effective assistance of counsel.

This list is not a complete listing of all possible constitutional violations.

If you checked this ground of relief, attach a separate sheet of paper with this ground listed at the top of the page. On this separate sheet of paper list each constitutional violation that you claim, whether or not it is one of the nine listed above, and include under it each and every fact you feel supports this claim. Be specific and give details.

___ B. *The court was without jurisdiction to render the judgment or to impose the sentence.*

If you checked this ground of relief, attach a separate sheet of paper with this ground listed at the top of the page. On this separate sheet of paper list each and every fact you feel supports this claim. Be specific and give details.

✓ C. *The sentence imposed exceeds the maximum authorized by law, or is otherwise not authorized by law.*

If you checked this ground of relief, attach a separate sheet of paper with this ground listed at the top of the page. On this separate sheet of paper list each and every fact you feel supports this claim. Be specific and give details.

___ D. *Petitioner is being held in custody after his sentence has expired.*

If you checked this ground of relief, attach a separate sheet of paper with this ground listed at the top of the page. On this separate sheet of paper list each and every fact you feel supports this claim. Be specific and give details.

___ E. *Newly discovered material facts exist which require that the conviction or sentence be vacated by the court, because:*

*The facts relied upon were not known by petitioner or petitioner's counsel at the time of trial or sentencing or in time to file a post-trial motion pursuant to Rule 24, or in time to be included in any previous collateral proceeding, and could not have been discovered by any of those times through the exercise of reasonable diligence; and*

*The facts are not merely cumulative to other facts that were known; and*

*The facts do not merely amount to impeachment evidence; and*

*If the facts had been known at the time of trial or sentencing, the result would probably have been different; and*

*The facts establish that petitioner is innocent of the crime for which he was convicted or should not have received the sentence that he did.*

If you checked this ground of relief, attach a separate sheet of paper with this ground listed at the top of the page. On this separate sheet of paper list each and every fact you feel supports this claim. Be specific and give details.

___ F. *The petitioner failed to appeal within the prescribed time and that failure was without fault on petitioner's part.*

If you checked this ground of relief, attach a separate sheet of paper with this ground listed at the top of the page. On this separate sheet of paper list each and every fact you feel supports this claim. Be specific and give details.

13. IMPORTANT NOTICE REGARDING ADDITIONAL PETITIONS RULE 32.2(b) LIMITS YOU TO ONLY ONE PETITION IN MOST CIRCUMSTANCES. IT PROVIDES:

"Successive Petitions. The court shall not grant relief on a second or successive petition on the same or similar grounds on behalf of the same petitioner. A second or successive petition on different grounds shall be denied unless the petitioner shows both that good cause exists why the new ground or grounds were not known or could not have been ascertained through reasonable diligence when the first petition was heard, and that failure to entertain the petition will result in a miscarriage of justice

A. Other than an appeal to the Alabama Court of Criminal Appeals or the Alabama Supreme Court, have you filed in state court any petition attacking this conviction or sentence?

Yes ______ No ______

B. If you checked "Yes," give the following information as to earlier petition attacking this conviction or sentence:

(a) Name of court ______________________________

(b) Result ______________________________

(c) Date of result ______________________________

(attach additional sheets if necessary)

C. If you checked the "Yes" line in 13A, above, and this petition contains a different ground or grounds of relief from an earlier petition or petitions you filed, attach a separate sheet or sheets labelled: "EXPLANATION FOR NEW GROUND(S) OF RELIEF."

On the separate sheet(s) explain why "good cause exists why the new ground or grounds were not known or could not have been ascertained through reasonable

diligence when the first petition was heard, and [why the] failure to entertain [this] petition will result in a miscarriage of justice."

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?

    Yes ______ No ✓

15. Give the name and address, if known, of each attorney who represented you at the following stages of the case that resulted in the judgment under attack:

    (a) At preliminary hearing Maurice McCaney

    (b) At arraignment and plea Maurice McCaney

    (c) At trial Maurice McCaney

    (d) At sentencing Maurice McCaney

    (e) On appeal ______

    (f) In any post-conviction proceeding Temberly Tyler Sledge recommended defendant to sign affadavit to be imposed

    (g) On appeal from adverse ruling in a post-conviction proceeding ______

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

    Yes ______ No ✓

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    Yes ______ No ✓

    (a) If so, give name and location of court which imposed sentence to be served in the future: ______

    (b) And give date and length of sentence to be served in the future: ______

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

    Yes ______ No ______

18. What date is this petition being mailed? ______

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

PETITIONER'S VERIFICATION UNDER OATH SUBJECT TO PENALTY FOR PERJURY

I swear (or affirm) under penalty of perjury that the foregoing is true and correct. Executed on August 7, 2022
(Date)

Trenton G. Teele
Signature of Petitioner
X Trenton G. Teele

SWORN TO AND SUBSCRIBED before me this the 7 day of August, 2022.

Joseph Bonner
Notary Public
Joseph Bonner
NOTARY PUBLIC COMMISSION
State at large
expired date: 02/17/2025

OR*

ATTORNEY'S VERIFICATION UNDER OATH SUBJECT TO PENALTY FOR PERJURY

I swear (or affirm) under penalty of perjury that upon information and belief, the foregoing is true and correct. Executed on ______________________.
(Date)

______________________
Signature of Petitioner's Attorney

SWORN TO AND SUBSCRIBED before me this the _____ day of __________, 19_________.

______________________
Notary Public

Name and address of attorney representing petitioner in this proceeding (if any)

______________________

______________________

______________________

______________________

* If petitioner is represented by counsel, Rule 32.6(a) permits either petitioner or counsel to verify the petition.

* The sentence imposed exceeds the maximum authorized by law, or is otherwise not authorized by law.

(CC-2018-1033)

The case action summary that is included will reflect that defendant's sentence is/was a split sentence. Defendant was imposed on 11-01-2019 to 8 months confinement with 89 months remaining, Suspended. Defendant was imposed again on 8-3-2021 to a full 97 months. Defendant claims plain error and ineffective assistance of counsel. This error was very obvious and ultimately caused injury to defendant and deprived defendant of hiss liberty. There is also a "breach" of plea agreement, included. (DA-18-53)

Temberly T. Sledge PC
Attorney at Law

102 S. Court Street Suite 500
Florence, Alabama 35630

Telephone (256) 415-0023
E-mail: Temberly01@comcast.net

Date: 9-6-21

Grant, I was wondering if it would help you if we had your sentence imposed to run concurrent with CC-18-358. Your probation was never revoked in case # CC 18-1033 (see enclosed sentencing order). I looked on the DOC website and it looks like you are not getting any good time etc on case # CC 18-1033. Also the DA's office has requested case # DC-20-125 be Nolle prossed & that motion was granted. (see enclosed order) that is the 1 pill case. I have emailed the DA's office about having the escape case Nolle prossed as well. (DC-20-35:

Sincerely,

Temberly Sledge

OK. update: Since I began writing this letter I have spoken w/ Coty Hand and we have had the other case (the escape case) Nolle prossed. I think you need to have your sentence imposed on cc 18-1033. Why dont you speak w[illegible] a classifications officer to make sure thats what you want to do. If you choose to be imposed please sign the affidavit and return [illegible]. If we have it imposed you will be eventually released and [illegible] no further obligations as to probation on that case. IE you "on paper" in that case. If you choose to have sentence imposed have a Notary public and return to me. T.S.

DOCUMENT 21

# IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA
## PLEA AGREEMENT

| STATE OF ALABAMA vs. Trent Toole | CC- 18-1033<br>DA- N-53 |
|---|---|

1. **Defendant will enter a plea of guilty:**
   (✓) to count(s) 1 of the indictment or information charging POM 1st
   ( ) to the lesser-included charge(s) of
   All other charges in the indictment will be dismissed.

2. **Defendant will be sentenced:**
   ( ) to a term of ____ months/years in the custody of:
   ( ) Department of Corrections ( ) DOC at Community Corrections ( ) Community Corrections
   ( ) Detention Center ( ) Lauderdale County Work Release Center
   ( ✓) ~~pursuant to the **sentencing guidelines**~~ to a term of 97 months/~~years~~ in the custody of:
   (✓) Department of Corrections ( ) DOC at Community Corrections ( ) Community Corrections
   ( ) Detention Center ( ) Lauderdale County Work Release Center
   ( ) pursuant to the **Habitual Offender Act** to a term of ____ months/years in the custody of:
   ( ) Department of Corrections ( ) DOC at Community Corrections ( ) Community Corrections
   ( ) Detention Center ( ) Lauderdale County Work Release Center
   ( ) This is a **straight** sentence to be served.
   ( ) This sentence is **suspended** and the defendant is placed on supervision for ____ months. The supervision will be by: ( ) State Probation ( ) Community Corrections ( ) Unsupervised
   (✓) This is a **split** sentence and the defendant shall serve a term of [illegible] months in: ~~[illegible]~~ Tolling Period
   (✓) Department of Corrections ( ) DOC at Community Corrections ( ) Community Corrections
   ( ) Detention Center ( ) Lauderdale County Work Release Center
   ( ) Other:

   (✓) The remainder of the defendant's sentence is suspended for 24 months and placed on supervision for 24 months. The supervision will be by: (✓) State Probation ( ) Community Corrections ( ) Unsupervised

3. Defendant stipulates to the following 4 prior adult felony convictions:
   TOP 2nd | UPCS x 2
   TOP 1st

4. Defendant stipulates to the following aggravating circumstances:

5. Defendant will pay: (✓) court cost (✓) Alabama Crime Victim Compensation of $ 50 ( ) fine $
   ( ) restitution
   (✓) and all other court ordered monies.

6. Defendant waives his right to make an appeal bond if this case is appealed.

7. In the event this agreement is rejected, not accepted by the Court or set aside, all statements made by defendant during the plea colloquy are admissible in subsequent proceedings.

8. Any other matters agreed upon: DC-19-1664 is nolle prossed; To run concurrent with all cases CC-18-1033

Date: 10/18/19

[signature]
Signature of District Attorney

[signature] Trent Toole
Signature of Defendant

[signature]
Signature of Defense Attorney

**ALABAMA SJIS CASE DETAIL**

**PREPARED FOR: JEG**




County: **41** Case Number: **CC-2018-001033.00** Court Action: **GUILTY PLEA**
Style: **STATE OF ALABAMA V. TEELE TRENTON G**

Real Time

## *Case Action Summary*

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 11/27/2018 | 1:24 PM | JUDG | ASSIGNED TO: (GPS) GILBERT P SELF (AR01) | ASH |
| 11/27/2018 | 1:24 PM | FILE | FILED ON: 11/27/2018 (AR01) | ASH |
| 11/27/2018 | 1:24 PM | ARRS | DEFENDANT ARRESTED ON: 11/20/2018 (AR01) | ASH |
| 11/27/2018 | 1:24 PM | BOND | BOND SET AT: $1500.00 (AR01) | ASH |
| 11/27/2018 | 1:24 PM | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) | ASH |
| 11/27/2018 | 1:24 PM | INDT | DEFENDANT INDICTED ON: 08/31/2018 (AR01) | ASH |
| 11/27/2018 | 1:24 PM | FILE | CHARGE 01: POSSESS MARIHUANA 1S/#CNTS: 001 (AR01) | ASH |
| 11/27/2018 | 1:24 PM | SCAN | CASE SCANNED STATUS SET TO: N (AR10) | ASH |
| 11/27/2018 | 1:24 PM | DAT2 | SET FOR: ARRAIGNMENT ON 12/19/2018 AT 0900A (AR10) | ASH |
| 11/27/2018 | 1:25 PM | DESC | DATE 2 DESC CODE CHANGED TO ARRGARRAIGNMENT (AR09) | ASH |
| 11/27/2018 | 1:25 PM | DOC2 | DOCKET DATE NOTICE SENT TO: DEFENDANT (AR09) | ASH |
| 11/27/2018 | 1:25 PM | DOC2 | CASE SET ON 12192018 FOR ARRG (AR09) | ASH |
| 11/27/2018 | 1:26 PM | ESCAN | SCAN - FILED 11/27/2018 - INDICTMENT | ASH |
| 11/27/2018 | 2:13 PM | ESCAN | SCAN - FILED 11/27/2018 - WARRANT SERVED | ASH |
| 11/28/2018 | 9:33 AM | STAT | STATUS CHANGED TO: "B" - BOND (AR01) | ZEC |
| 11/28/2018 | 9:33 AM | S001 | SURETY ADDED: MITCHELL BAIL BONDING CO (AR01) | ZEC |
| 11/28/2018 | 9:33 AM | BNDT | BOND TYPE OF PROF BOND CO (AR01) | ZEC |
| 11/28/2018 | 9:33 AM | REDT | DEFENDANT RELEASED FROM JAIL: 11/20/2018 (AR01) | ZEC |
| 11/28/2018 | 11:14 AM | ESCAN | SCAN - FILED 11/28/2018 - BOND(S) | ALK |
| 12/11/2018 | 8:54 AM | ATY1 | ATTORNEY FOR DEFENDANT: MCCANEY MAURICE PERAZE | BRR |
| 12/11/2018 | 8:59 AM | --- | SCANNED - ORDER - TRANSMITTAL - E-NOTICE TRANSMITTALS | Alafile.Notices |
| 12/11/2018 | 8:59 AM | JEORDE | ORDER E-FILED - ORDER APPOINTING COUNSEL - ORDER APPOINTING COUNSEL - RENDERED & ENTERED: 12/11/2018 8:59:43 AM | JA |
| 12/13/2018 | 11:42 AM | S001 | ENFORCEMENT STATUS SET TO: "A" (FE52) | DEM |
| 12/13/2018 | 11:42 AM | S001 | PAYMENT FREQUENCY SET TO: "M" (FE52) | DEM |
| 12/13/2018 | 11:42 AM | S001 | ENF PLACEMENT STATUS SET TO: "H" (FE52) | DEM |
| 12/13/2018 | 11:42 AM | S001 | PAYMENT FREQUENCY SET TO: "L" (FE52) | DEM |
| 12/13/2018 | 11:42 AM | S001 | BAIL FEE PAID INDICATOR SET TO: N (FE52) | DEM |
| 12/13/2018 | 11:42 AM | S001 | BAIL FEE PAID INDICATOR SET TO: Y (FE52) | DEM |
| 12/17/2018 | 1:59 PM | ESCAN | SCAN - FILED 12/17/2018 - BAIL BOND FEE TRANSMITTAL FORM | ALK |
| 12/19/2018 | 8:50 AM | EMOT | D001-PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT FILED. | MCC199 |
| 12/19/2018 | 10:56 AM | EMOT | D001-PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT /DOCKETED | DEM |
| 12/19/2018 | 11:16 AM | JEORDE | ORDER GENERATED FOR PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT - RENDERED & ENTERED: 12/19/2018 11:16:51 AM - ORDER | JA |
| 12/20/2018 | 8:30 AM | DAT1 | SET FOR: JURY TRIAL ON 04/15/2019 AT 0830A (AR10) | DEM |
| 12/20/2018 | 8:30 AM | DAT2 | SET FOR: PLEA DOCKET ON 04/11/2019 AT 0900A (AR10) | DEM |
| 3/21/2019 | 3:05 PM | EDISC | NOTICE OF DISCOVERY E-FILED. | CON022 |
| 4/12/2019 | 3:40 PM | JEORDE | ORDER E-FILED - ORDER RESETTING STATUS / JURY TRIAL - ORDER RESETTING STATUS / JURY TRIAL - RENDERED & ENTERED: 4/12/2019 3:40:01 PM | JA |
| 4/12/2019 | 3:40 PM | --- | SCANNED - ORDER - TRANSMITTAL - E-NOTICE TRANSMITTALS | Alafile.Notices |
| 4/12/2019 | 4:47 PM | DAT1 | SET FOR: JURY TRIAL ON 06/10/2019 AT 0830A (AR10) | DEM |
| 4/12/2019 | 4:47 PM | DAT2 | SET FOR: PLEA DOCKET ON 06/06/2019 AT 0900A (AR10) | DEM |
| 6/6/2019 | 5:43 PM | EMOT | D001-EXTRAORDINARY EXPENSE FILED. | MCC199 |

1st Attorney



| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 6/7/2019 | 8:05 AM | EMOT | D001-EXTRAORDINARY EXPENSE /DOCKETED | KAM |
| 6/12/2019 | 10:49 AM | ---- | SCANNED - ORDER - TRANSMITTAL - E-NOTICE TRANSMITTALS | Alafile.Notices |
| 6/12/2019 | 10:50 AM | JEORDE | ORDER GENERATED FOR EXTRAORDINARY EXPENSE - RENDERED & ENTERED: 6/12/2019 10:50:19 AM - ORDER | J |
| 6/13/2019 | 10:02 AM | ---- | SCANNED - ORDER - TRANSMITTAL - E-NOTICE TRANSMITTALS | Alafile.Notices |
| 6/13/2019 | 10:02 AM | JEORDE | ORDER E-FILED - ORDER RESETTING STATUS / JURY TRIAL - ORDER RESETTING STATUS / JURY TRIAL - RENDERED & ENTERED: 6/13/2019 10:02:46 AM | JA |
| 6/14/2019 | 8:30 AM | DAT1 | SET FOR: JURY TRIAL ON 10/21/2019 AT 0830A (AR10) | DEM |
| 6/14/2019 | 8:30 AM | DAT2 | SET FOR: PLEA DOCKET ON 10/17/2019 AT 0900A (AR10) | DEM |
| 10/29/2019 | 3:50 PM | ESCAN | SCAN - FILED 10/29/2019 - PLEA AGREEMENT | JEG |
| 10/29/2019 | 3:51 PM | ESCAN | SCAN - FILED 10/29/2019 - SENTENCING WORKSHEET | JEG |
| 10/29/2019 | 3:56 PM | ESCAN | SCAN - FILED 10/29/2019 - EXPLANATION OF RIGHTS | JEG |
| 10/30/2019 | 2:05 PM | JEORDE | ORDER E-FILED - FELONY SENTENCING ORDER - FELONY SENTENCING ORDER - RENDERED & ENTERED: 10/30/2019 2:05:34 PM | JA |
| 11/1/2019 | 10:35 AM | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: GPS | DEM |
| 11/1/2019 | 10:35 AM | DISP | CHARGE 01: POSSESS MARIHUANA 1/#CNTS: 001 (AR10) | DEM |
| 11/1/2019 | 10:35 AM | DISP | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 10/25/2019 | DEM |
| 11/1/2019 | 10:35 AM | SENT | SENTENCE RECORD CREATED FOR CHARGE: 01 (AR10) | DEM |
| 11/1/2019 | 10:35 AM | D001 | FREQUENCY AMOUNT SET TO: $25.00 (FE52) | DEM |
| 11/1/2019 | 10:35 AM | D001 | PAYMENT DUE DATE SET TO: 01/01/2020 (FE52) | DEM |
| 11/1/2019 | 10:37 AM | CH01 | DEFENDANT SENTENCED ON: 10/25/2019 (AR05) | DEM |
| 11/1/2019 | 10:37 AM | CH01 | DRUG FEE 2 PROVISION ORDERED BY THE COURT (AR05) | DEM |
| 11/1/2019 | 10:37 AM | CH01 | SENTENCE TO BEGIN ON: 10/25/2019 (AR05) ← * | DEM |
| 11/1/2019 | 10:37 AM | CH01 | TOTAL CONFINEMENT: 0097 MONTHS (AR05) | DEM |
| 11/1/2019 | 10:37 AM | CH01 | PROBATION OF: 24 MONTHS (AR05) | DEM |
| 11/1/2019 | 10:38 AM | CH01 | USER FEE PROVISION ORDERED BY THE COURT (AR05) | DEM |
| 11/1/2019 | 10:38 AM | CH01 | CVCC PROVISION ORDERED BY THE COURT (AR05) | DEM |
| 11/1/2019 | 10:38 AM | CH01 | BOND FINE ORDERED BY THE COURT (AR05) | DEM |
| 11/1/2019 | 10:38 AM | CH01 | HABITUAL OFFENDER - #OFFENSES: 004 (AR05) | DEM |
| 11/1/2019 | 10:38 AM | CH01 | CONCURRENT SENTENCE ORDERED BY THE COURT (AR05) ← * | DEM |
| 11/1/2019 | 10:38 AM | CH01 | BOND FINE ORDERED: $100.00 (AR05) | DEM |
| 11/1/2019 | 10:38 AM | CH01 | COST PROVISION ORDERED BY THE COURT (AR05) | DEM |
| 11/1/2019 | 10:38 AM | CH01 | SPLIT SENTENCE PROVISION ORDERED BY THE COURT ← * | DEM |
| 11/1/2019 | 10:38 AM | CH01 | JAIL CREDIT: 001 DAYS (AR05) | DEM |
| 11/1/2019 | 10:38 AM | CH01 | PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) | DEM |
| 11/1/2019 | 10:38 AM | CH01 | IMPOSED CONFINEMENT: 0008 MONTHS (AR05) ← * | DEM |
| 11/1/2019 | 10:38 AM | CH01 | HABITUAL OFFENDER PROVISION ORDERED BY THE COURT | DEM |
| 11/1/2019 | 10:38 AM | CH01 | SUSPENDED CONFINEMENT: 0089 MONTHS (AR05) ← * | DEM |
| 11/1/2019 | 10:38 AM | CH01 | RECOUPMENT PROVISION ORDERED BY THE COURT (AR05) | DEM |
| 11/1/2019 | 10:38 AM | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT (AR05) | DEM |
| 11/1/2019 | 2:33 PM | TRSC | E-TRANSCRIPT # 423160 WAS POSTED TO DOC (ETRN) | DEM |
| 11/12/2019 | 10:20 AM | JEORDE | ORDER E-FILED - ATTORNEY'S FEE DECLARATION ORDER - RENDERED & ENTERED: 11/12/2019 10:20:09 AM | J |
| 11/22/2019 | 1:56 PM | TRSC | E-TRANSCRIPT ACCEPTED BY DOC | eTranscript.alavault |
| 11/22/2019 | 1:56 PM | TRSC | E-TRANSCRIPT ACCEPTED BY DOC | eTranscript.alavault |
| 11/22/2019 | 1:56 PM | TRSC | E-TRANSCRIPT # 423160 WAS POSTED TO DOC (ETRN) | |
| 1/28/2020 | 10:07 AM | D001 | PAYMENT DUE DATE SET TO: 01/30/2020 (FE52) | TEM |
| 2/14/2020 | 2:39 PM | ADD1 | ADDR1 CHANGED FROM: 275 COUNTY ROAD 323 (AR01) | AUW |
| 7/1/2020 | 10:54 AM | PSTA | ENFORCEMENT PLACEMENT STATUS CHANGED TO: D | DEM |
| 7/2/2020 | 7:15 AM | ENDA | NOTICE OF CASE TRANSFER TO DA MAILED ON 07/02/2020 | |
| 7/27/2021 | 2:21 PM | EMOT | D001-OTHER - DEFENDANT'S MOTION TO IMPOSE SENTENCE FILED. ← * | SLE009 |
| 7/27/2021 | 2:25 PM | EMOT | D001-OTHER - AFFIDAVIT IN SUPPORT OF MOTION TO IMPOSE SENTENCE FILED. ← * | SLE009 |
| 7/27/2021 | 2:25 PM | ATY2 | ATTORNEY FOR DEFENDANT: SLEDGE TEMBERLY TYLER ← | AJA |
| 7/27/2021 | 2:26 PM | EMOT | D001-OTHER /DOCKETED | TIB |

THIS WAS my supposed jail credit per plea

* COURT IMPOSED

Plea agreement DA-18-53

RECOMMENDED by counsel

2nd attorney



* Began without attention to details of case.

| | | | | |
|---|---|---|---|---|
| 7/27/2021 | 2:26 PM | EMOT | D001-OTHER /DOCKETED | TIB |
| 7/28/2021 | 10:17 AM | JEORDE | ORDER GENERATED FOR OTHER - DEFENDANT'S MOTION TO IMPOSE SENTENCE - RENDERED & ENTERED: 7/28/2021 10:17:39 AM - ORDER | J |
| 7/28/2021 | 10:18 AM | --- | SCANNED - ORDER - TRANSMITTAL - E-NOTICE TRANSMITTALS | Alafile.Notices |
| 7/28/2021 | 10:18 AM | JEORDE | ORDER GENERATED FOR OTHER - AFFIDAVIT IN SUPPORT OF MOTION TO IMPOSE SENTENCE - RENDERED & ENTERED: 7/28/2021 10:18:19 AM - ORDER | J |
| 7/28/2021 | 10:18 AM | --- | SCANNED - ORDER - TRANSMITTAL - E-NOTICE TRANSMITTALS | Alafile.Notices |
| 8/2/2021 | 3:13 PM | JEORDE | ORDER E-FILED - ORDER - ORDER - RENDERED & ENTERED: 8/2/2021 3:13:31 PM | JA |
| 8/2/2021 | 3:14 PM | --- | SCANNED - ORDER - TRANSMITTAL - E-NOTICE TRANSMITTALS | Alafile.Notices |
| 8/3/2021 | 1:53 AM | TRSC | E-TRANSCRIPT # 423160 WAS POSTED TO DOC (ETRN) | TIB |
| 8/3/2021 | 1:48 PM | CH01 | PROBATION REVOKED ON: 08/02/2021 (AR05) | TIB |
| 8/3/2021 | 1:48 PM | CH01 | TOTAL CONFINEMENT: 0194 MONTHS (AR05) ← * | TIB |
| 8/3/2021 | 1:48 PM | CH01 | PROBATION REVOKED BY TECH VIOLATION OVER 90 DAYS | TIB |
| 8/3/2021 | 1:48 PM | CH01 | IMPOSED CONFINEMENT: 0097 MONTHS (AR05) ← * | TIB |
| 8/3/2021 | 1:48 PM | CH01 | SPLIT SENTENCE PROV "NOT" ORDERED BY THE COURT ← * | TIB |
| 8/3/2021 | 1:48 PM | CH01 | SUSPENDED CONFINEMENT: 0097 MONTHS (AR05) | TIB |
| 8/3/2021 | 1:49 PM | CH01 | TOTAL CONFINEMENT: 0097 MONTHS (AR05) | TIB |
| 11/15/2021 | 3:06 PM | ATY1 | ATTORNEY FOR DEFENDANT: SLEDGE TEMBERLY TYLER ← * | DEM |
| 11/15/2021 | 3:19 PM | ESCAN | SCAN - FILED 11/15/2021 - LETTER | TIB |
| 11/15/2021 | 3:22 PM | ESCAN | SCAN - FILED 11/15/2021 - MISC | TIB |
| 11/23/2021 | 9:46 AM | EMOT | D001-OTHER - MOTION TO CHANGE JAIL CREDIT FILED ON 11/23/2021 9:46 AM | TIB |
| 11/23/2021 | 9:46 AM | --- | SCANNED - MOTION - TRANSMITTAL - E-NOTICE TRANSMITTALS | Alafile.Notices |
| 1/1/2022 | 3:12 PM | JEORDE | ORDER GENERATED FOR OTHER - MOTION TO CHANGE JAIL CREDIT - RENDERED & ENTERED: 1/1/2022 3:12:35 PM - ORDER | J |
| 2/24/2022 | 1:53 PM | ESCAN | SCAN - FILED 2/24/2022 - NOTICE | JEG |

***END OF THE REPORT***

(1.) * ineffective assistance of counsel!

(2.) * plain error and defendant was injured ultimately