UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| TRENTON G. TEELE, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 3:22-cv-01031-LSC-NAD |
| STATE OF ALABAMA, et al., | ) ) ) |
| Respondents. | ) ) |

## **MEMORANDUM OPINION**

On November 22, 2023, the magistrate judge entered a report and recommendation, recommending that the court dismiss Trenton E. Teele's petition, filed pursuant to 28 U.S.C. § 2254, as unexhausted. Doc. 12. Although the parties were advised of their rights to file objections within 14 days, that time expired with no objections having been filed.

After *de novo* consideration of the record in this case, and the magistrate judge's report and recommendation, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Accordingly, the court finds that Teele's petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE** based on his failure to exhaust his state court remedies.

Further, because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is **DENIED**. *See* 28 U.S.C. § 2253(c);

*Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), Rules Governing § 2254 Proceedings.

The court will enter a separate final judgment.

**DONE** and **ORDERED** on December 20, 2023.

_____
L. Scott Coogler
United States District Judge

160704